NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1041

TECHNICAL FURNITURE GROUP, LLC
and THOMAS WHITE,

Plaintiffs-Appellants,

v.

CBT SUPPLY, INC., JEFFREY KORBER,
and JAMES B. BABCOCK,

Defendants-Appellees.

Appeal from the United States District Court for the District of Maryland in case no. 06-CV-3424, Senior Judge Marvin J. Garbis.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Technical Furniture Group, LLC et al. (TFG) move for an extension of time to file their opening brief. TFG states that CBT Supply Inc., et al. (CBT) do not oppose. TFG also moves for leave to file a 16,213-word opening brief. CGT opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for an extension of time is granted.

(2)     The motion for leave to file an overlong brief is denied.  TFG's brief, not to exceed 14,000 words, is due within 21 days of the date of filing of this order.

FOR THE COURT

MAR 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Steven E. Tiller, Esq.
        Scott Alan Conwell, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2009

JAN HORBALY
CLERK

2009-1041                                        2